**UNITED STATES DISTRICT COURT**
**Southern District of New York**


*167911*

**AFFIDAVIT OF SERVICE**

Index no : 15-cv-3648 (RJS)

**Britiannia, LLC**

       Plaintiff(s),

vs.

**Avon Capital, LLC, et al**

       Defendant(s).
_____/

**STATE OF CONNECTICUT**
                   ss: East Hartford
**HARTFORD COUNTY**

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **07/16/2015** at **10:50 AM**, I served the within **Order To Show Cause, Clerk's Certificate of Default, Affidavit of Elisha Barron in Support of Application for Default Judgment, With Exhibits, Clerk's Certificate of Default** on **Avon Capital, LLC** at **c/o Halloran & Sage LLP, Agent For Service, 225 Asylum Street, Hartford, CT 06103** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Jeffrey F. Gostyla, Esquire, Authorized Attorney** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Avon Capital, LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Black | 46 | 5'9" | 175 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
July 16, 2015
by an affiant who is personally known to
me or produced identification.

X _____
Christine Foran
Special Legal Support, Inc.
475 Park Avenue South
30th Floor
New York, NY 10016
212-889-3200
Atty File#:

_Amy Chantry_
NOTARY PUBLIC
My Commission Expires: 3/31/18

**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/18